JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW  (189985)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: hanley.chew@usdoj.gov

*E-FILED - 10/20/09*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09- 00463 RMW |
|    Plaintiff, ) | |
|   v. ) | STIPULATION AND [] ORDER TO CONTINUE DEFENDANT'S SENTENCING |
| CHARLES J. WOLF, JR., ) | |
|    Defendant. ) | |

1.    On July 27, 2009, defendant Charles J. Wolf, Jr. ("defendant") pled guilty to an information, charging her with one count of fraud and related activity in connection with computers, in violation of 18 U.S.C.§§ 1030(a)(2)(C) & (c)(2)(B)(iii).  Defendant's sentencing is currently scheduled for November 2, 2009 at 9:00 a.m.

2.    Government counsel will be unavailable the week of November 2, 2009 because he will be taking his young son for an examination by a medical specialist outside of California state.  Defense counsel has indicated that she will not be available until November 30, 2009.  Defense counsel does not oppose this brief continuance.

3.    In addition, the United States Probation Office has stated that it needs additional time

STIPULATION & [] ORDER
U.S. v. WOLF, No. CR 09-00463 RMW

to complete the Presentence Report in this matter and is available on November 30, 2009.

Therefore, the parties respectfully request that the Court continue defendant's sentencing from November 2, 2009 to November 30, 2009 at 10:00 a.m.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 9/23/09     /s/ Hanley Chew
HANLEY CHEW
Assistant United States Attorney

Dated: 9/23/09     /s/ Cris Arguedas
CRIS ARGUEDAS
Attorney for Defendant

### [] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant Charles J. Wolf, Jr.'s sentencing be continued from November 2, 2009 to November 30, 2009 at 10:00 a.m.

IT IS SO ORDERED.

DATED: 10/20/09     *Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
United States District Court Judge